# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

August 3, 2013

**VIA ECF**
Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Civil Action No. 1:13-cv-02305-SJ-SMG**
                **Sandel v. Accounts Receivable Management, Inc.**

Dear Chief Magistrate Judge Gold:

      I represent the plaintiff in the above referenced matter.

      I am informing the Court that the plaintiff has just accepted the defendants offer of settlement.  Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for sixty days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

      In light of the settlement, I respectfully request the cancellation of the in-person initial conference scheduled for August 5, 2013 at 11:00 a.m. with Your Honor.  On August 2, 2013, defense counsel, Sergio Alves has filed a request to adjourn the conference for a period of thirty days (Docket No. 10).  I apologize for not contacting Your Honor within the required forty eight hour notice requesting the cancellation of the conference, however, this action was just amicably resolved on Friday, August 2, 2013.

      Thank you for Your Honor's time and attention to this matter.

                                           Very truly yours,

                                           /s/ Maxim Maximov

                                           Maxim Maximov, Esq.