UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SIMCHA SANDEL on behalf of herself and
all other similarly situated consumers

                      Plaintiff,

-against-

ACCOUNTS RECEIVABLE MANAGEMENT, INC.

                      Defendant.

Index No.
1:13-cv-02305-SJ-SMG

STIPULATION OF DISMISSAL

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. The parties agree that the matter is subject to reinstatement at the request of any party within 45 days if the settlement funds do not clear the plaintiff's escrow account. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
September 29, 2013

_____
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1600 Avenue M, 2nd Floor
Brooklyn, New York 11230
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Valhalla, New York
September 29, 2013

_____
Sergio Alves, Esq.
Kaufman Borgeest & Ryan LLP
Attorney for the Defendant
200 Summit Lake Drive, 1st Fl.
Valhalla, New York 10595
Office: (914) 449-1000
Fax: (914) 449-1100
E-mail: salves@kbrlaw.com